**Entered on Docket**
**April 21, 2010**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No.  ******9903/ Our File No. 08-02-0872

Attorney for Secured Creditor
America's Servicing Company, as servicing agent for UBS PMSR MABS-2006-FRE1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

| | |
|---|---|
| MARIA-CHRISTINA C. XAYPANYA, PHOUVONG L. XAYPANYA, et al.  Debtor(s) | CHAPTER 13 BANKRUPTCY NO.: 06-14078-BAM DATE: Apr 01, 2008 TIME: 1:30 PM |

**EXPARTE ORDER TERMINATING THE**
**AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF**
**THE ADEQUATE PROTECTION ORDER**

Pursuant to an Adequate Protection Order entered on May 02, 2008, the above-referenced Debtor was obligated to make specified payments which he/she has failed to make.

The Debtor has failed to comply thereby necessitating written notice(s) of breach and default filed on April 1, 2010.

Based on the failure to cure, contractual agreement, court order and good cause appearing;

- 1 -

1 | IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay in the above-entitled Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, America's Servicing Company, as servicing agent for UBS PMSR MABS-2006-FRE1 its assignees and/or successors in interest, regarding the subject Property generally described as: 6633 Genevieve Court Las Vegas, NV 89108, ("Property" herein) and legally described as follows:

> LOT SEVENTY-THREE (73) IN BLOCK ONE (1) OF JAKE'S RANCH UNIT 3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 72 OF PLATS, PAGE 94, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions and binding are hereby affirmed in this Order as well.

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By: /s/ Michael W. Chen          Date: 4/20/10
Michael W. Chen, Esq.
Attorney for Secured Creditor
America's Servicing Company, as servicing agent for UBS PMSR MABS-2006-FRE1

-2-